# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON LATIMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT POON, ) <br> ) <br> Defendant. ) | Civil Action No. <br> 14-13481-FDS |

## ORDER ON PLAINTIFF'S OUTSTANDING MOTIONS

**SAYLOR, J.**

In docket no. 546, plaintiff requests that the Court order defense counsel a copy of all discovery documents. Notwithstanding the fact that defense counsel has already mailed multiple courtesy copies to plaintiff, plaintiff raised this issue at the July 19, 2018 status conference. At the conference, plaintiff stated that corrections officers were stealing his mail, including discovery materials. The Court then directed defense counsel to file a report regarding this issue within 10 days. Accordingly, the motion is DENIED without prejudice as moot.

In docket no. 547, plaintiff requests that the Court compel defendant to produce the mailing address for four individuals, known to plaintiff only by their last names. They are: (1) "D. Moniz," (2) "R. Camer," (3) "P. Jellis," and (4) "B.P. Sylvester." However, it appears that none of these individuals was a witness to the alleged assault. And, despite plaintiff's claim that "[t]his is not a discovery motion," plaintiff could have requested their identities long ago before discovery closed. Therefore, the motion is DENIED.

In docket no. 549, plaintiff requests that he be granted an additional two weeks to file

proposed voir dire, jury instructions, exhibit lists, and motions in limine.  In support, he states that his access to the prison law library has been greatly restricted in recent weeks.  The Court has already directed defense counsel to file a report regarding this issue.  Nevertheless, in light of plaintiff's *pro se* status, this motion is GRANTED.  Plaintiff shall file any other documents concerning voir dire, jury instructions, exhibit lists, and motions in limine by August 6, 2018.  However, no further extension will be granted.

**So Ordered.**

Dated: July 23, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge