3/1/2021
1:15 PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASON LATIMORE,

    Plaintiff,

v.

VINCENT POON,

    Defendant.

CIVIL ACTION
No. 14-13481-WGY

## JURY VERDICT

1. On the civil rights claim, we find for:

      ✓    Vincent Poon

   _____ Jason Latimore

2. On the intentional infliction of emotional distress claim, we find for:

      ✓    Vincent Poon

   _____ Jason Latimore

3. We assess compensatory damages of

   _____

4. We assess punitive damages of

   _____

Date: 3/1/2021

Heidi Gould
Forelady